```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08993
   ANNETTE M MAYFIELD
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-6865

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/27/2006 and was confirmed 09/21/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was dismissed after confirmation 07/12/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG         .00             .00            .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE     29708.06            .00        3829.85
THOMPSON ROSENTHAL & WAT   NOTICE ONLY       NOT FILED           .00            .00
ACC INTERNATIONAL          NOTICE ONLY       NOT FILED           .00            .00
AFNI INC                   UNSECURED         NOT FILED           .00            .00
AMERICAN COLLECTION        UNSECURED         NOT FILED           .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY       NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED         NOT FILED           .00            .00
CAPITAL MANAGEMENT SERVI   UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED          1230.00            .00            .00
CREDIT MANAGEMENT INC      UNSECURED         NOT FILED           .00            .00
CRED PROTECTION ASSOCIAT   UNSECURED         NOT FILED           .00            .00
DEBT CREDIT SERVICES       UNSECURED         NOT FILED           .00            .00
FIRST PREMIER BANK         UNSECURED         NOT FILED           .00            .00
HARVARD COLLECTION SERVI   UNSECURED         NOT FILED           .00            .00
MILLENIUM CREDIT CONSULT   NOTICE ONLY       NOT FILED           .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED         NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED         NOT FILED           .00            .00
OSI COLLECT                UNSECURED         NOT FILED           .00            .00
PARAGON WAY INC            UNSECURED            53.11            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED           423.29            .00            .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED           .00            .00
SINAI COMMUNITY FOUNDATI   UNSECURED         NOT FILED           .00            .00
SALLIE MAE INC             UNSECURED          3500.00            .00            .00
SALLIE MAE INC             UNSECURED          4074.31            .00            .00
SALLIE MAE INC             UNSECURED          4212.64            .00            .00
SALLIE MAE INC             UNSECURED          2625.00            .00            .00
SPRINT PCS                 UNSECURED         NOT FILED           .00            .00
TCF BANK & SAVINGS         UNSECURED         NOT FILED           .00            .00
TIGER DIRECT               UNSECURED         NOT FILED           .00            .00
TEX COLLECTION AGENCY      UNSECURED         NOT FILED           .00            .00
WORLD FINANCIAL NETWORK    UNSECURED           116.30            .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08993 ANNETTE M MAYFIELD
```

```
WOW INTERNET AND CABLE    UNSECURED        NOT FILED              .00              .00
WORLD FINANCIAL NETWORK   UNSECURED           100.35              .00              .00
RJM ACQUISITIONS          UNSECURED            84.37              .00              .00
LEEDERS & ASSOCIATES LTD  DEBTOR ATTY       1,704.00                          1,704.00
TOM VAUGHN                TRUSTEE                                               336.15
DEBTOR REFUND             REFUND                                                   .00
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 5,870.00

PRIORITY                                                .00
SECURED                                            3,829.85
UNSECURED                                               .00
ADMINISTRATIVE                                     1,704.00
TRUSTEE COMPENSATION                                 336.15
DEBTOR REFUND                                           .00
                        ---------------         ---------------
TOTALS                  5,870.00                   5,870.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/23/07                /s/ Tom Vaughn
                               _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE


                        PAGE    2
        CASE NO. 06 B 08993 ANNETTE M MAYFIELD